# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN ELLIS JOHNSON**  
**ADC #121088**                                                                                    **PETITIONER**

v.                                    No. 2:24-cv-81-DPM

**DEXTER PAYNE, Director, ADC**                                                **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 16*, as modified and overrules Johnson's objections, *Doc. 17-26*. Fed. R. Civ. P. 72(b)(3). The Court will dismiss Johnson's petition without prejudice; that's the modification. Johnson must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2). Johnson's other motions, *Doc. 2, 13 & 14*, are denied as moot.

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.  
United States District Judge

10 September 2024