# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN ELLIS JOHNSON**  
**ADC #121088**  
                                      **PETITIONER**

v.          No. 2:24-cv-81-DPM

**DEXTER PAYNE, Director, ADC**             **RESPONDENT**

## JUDGMENT

Johnson's petition is dismissed without prejudice.

*D.P. Marshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

10 September 2024