# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN ELLIS JOHNSON**  PETITIONER
**ADC #121088**

v.  No. 2:24-cv-81-DPM

**DEXTER PAYNE, Director, ADC**  RESPONDENT

## ORDER

Motions, *Doc. 61, 62 & 63*, denied. The Court instructs the Clerk to no longer accept filings in this closed case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 September 2025